**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JAX TRANSPORTATION LOGISTICS, LLC,** | § § § | |
| **Plaintiff,** | § | |
| **vs.** | § § § | **CASE NO. 4:22-cv-03227** |
| **61 TRANSPORT LLC,** | § § § | |
| **Defendant.** | § | |

**CERTIFICATE OF INTERESTED PARTIES**

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, Defendant 61 Transport, LLC ("Defendant") provides the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):**

None.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case**:

1. Plaintiff Jax Transportation Logistics, LLC
2. Defendant 61 Transport, LLC
3. Great West Casualty Corporation, a wholly owned subsidiary of Old Republic Insurance

Respectfully submitted,

By:  */s/ Katherine Knight__*
      Katherine Knight
      TBA No. 10759900
      kknight@hoaf.com

**HENRY ODDO AUSTIN & FLETCHER,**
    **A Professional Corporation**

1700 Pacific Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:   (214) 658-1919

**ATTORNEYS FOR DEFENDANT**
**61 TRANSPORT LLC**

### CERTIFICATE OF SERVICE

I hereby certify that, on September 21, 2022, a true and correct copy of the foregoing was served on the following counsel of record via the Court's ECF system and/or certified mail/return receipt requested:

**Brian Schrumpf**
State Bar No. 24082266
brian@fuentesfirm.com
The Fuentes Firm, P.C.
5507 Louetta Road, Suite A
Spring, Texas  77379
**ATTORNEYS FOR PLAINTIFF**

By:  */s/ Katherine Knight*
      Katherine Knight